UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MDY INDUSTRIES, LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: CV06-02555-PHX-DGC<br><br>**ORDER** |
| BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,<br><br>    Third-Party Plaintiffs,<br><br>    vs.<br><br>MICHAEL DONNELLY, an individual<br><br>    Third-Party Defendant | |

The Court having considered the parties' joint request to extend the page limit for summary judgment motions and responses, and for good cause showing, IT IS ORDERED that the page limit for dispositive motions and responses shall be extended to twenty-five (25) pages. The parties shall file their respective dispositive motions by March 21, 2008.

Dated this 21st day of March, 2008.

_____
David G. Campbell
United States District Judge