Reg # 80063298

Juan Jose Higuera-Vizcarra
Central Arizona Detention Center
P.O. Box 6300
Florence Arizona 85232-132

✓ FILED  ___ LODGED
___ RECEIVED ___ COPY

JUL 06 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

Honorable Judge.
United States District Court
District of Arizona

Re: for Time served or
Low Term
CR-09-625-PHX-GMS

Honorable Judge

I will be appearing before you in the near future. This letter incorporates what I would like to say to your Honor. Your Honor I would greatly appreciate it if you would take into consideration the following factor when determining my sentence Role in the offence Request for Time serve for Low Term which is Just Punishment for my action. On immigration Charges.

I would like to take this moment to apologize to your Honor to this Court, the Government for my action that brought me before you, for the embarrassment, and heartache that I have caused

but at not Time, committed any felony, and do take Responsibility for Administrative Charge is and other civilian and the U.S. soil of America. This Experience has been a wake up call and eye opened for me to see how easy I can loose my freedom for an extended of Time. I will take control of my life and actions.

I Thanking you and advise Thought and Consideration

This document executed on 6-23-09

Date 6-23-09

Juan Higuera V.
Juan Jose Higuera Vizcarra

Certificate of service by mail

Juan Jose Higuera Viscarra in this case, swear's

1- On 6-23-09 I handed Legal mail to the staff in Prison mail Room in accordance with the Prison's Rules for sending Legal mail

2- Said Legal mail was sealed envelopes containing True and Complete Copies Regarding letter Case No. CR-09 625 PHX-GMS

3- These sealed envelopes had affixed sufficient U.S. First Class postage and were individually Address

Date 6-23-09

Juan Higuera V.
Juan Jose Higuera Viscarra