UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                 Plaintiff/Appellee, ) | ORDER FOR TIME SCHEDULE |
| ) | CA No. |
| vs. ) | DC No. **CR 05-1052 PHX-SMM** |
| ) | District of Arizona |
| Jose Rodriguez-Serrano, ) | Notice of Appeal Filed: **1/30/06** |
| ) | (✓) CJA or IFP      ( ) Paid Appeal |
|                 Defendant/Appellant, ) | (✓) Apptd Cnsl      ( ) Fed Def |
| _____ ) | ( ) Retd Cnsl        ( ) Adv Cnsl |
| | ( ) On Bail          (✓) In Custody |
| | (✓) NOA filed by dft as pro se; dft has apptd cnsl |

The parties, counsel and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk     IMMEDIATELY

2. Date transcript will be ordered from the court reporter. (If this case is under CJA, give the date that the order is to be given to the court reporter.)     2/21/06

3. The court reporter's transcript will be filed in the District Court (Certificate of Record will be submitted to the Court of Appeals by the Clerk of the District Court immediately upon the filing of the transcripts. The Certificate of Record indicates that the complete trial court record including designated transcripts is available for the use of the parties.)     3/23/06

4. Appellants' opening brief and excerpts of record will be served and filed pursuant to FRAP 32, Circuit Rules 32-3, 32-4.     5/2/06

5. The appellee's brief will be served and filed pursuant to FRAP 32, Circuit Rule 32-3 and 32-4.     6/1/06

6. The appellant's (optional) reply brief will be served and filed pursuant to FRAP 32, Circuit Rules 32-3, 32-4 and Circuit Rule 31-2.     6/15/06

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: FRAP 32 sets length limitations on briefs. Circuit Rule 42-1 requires that this appeal may be dismissed if appellant's brief is not timely filed.

DATED:     1/31/06     For the Court:

CATHY A. CATTERSON, Clerk
U.S. Court of Appeals

cc:     9CCA/CRM/USA/DFNS

    s/ Linda S. Patton
By: Deputy Clerk

9/99