**DIANE J. HUMETEWA**
United States Attorney
District of Arizona
**KIMBERLY HOPKINS**
Assistant United States Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
kimberly.hopkins@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL RAMIREZ-LEON,<br><br>Defendant. | CR-09-00166-TUC-RCC<br><br>**GOVERNMENT'S RESPONSE TO THE PRE-SENTENCE REPORT** |

COMES NOW, the Plaintiff, the United States of America, by and through its attorneys, DIANE J. HUMETEWA, United States Attorney for the District of Arizona, and Kimberly E. Hopkins, Assistant United States Attorney, and hereby acknowledges the receipt of the final copy of the Pre-Sentence Report in the above-captioned matter. Sentencing in this matter is currently set for July 14, 2009, before this Honorable Court.

The United States concurs with the probation officer's report, analysis and calculation of the Sentencing Guidelines, as well as the recommendation contained therein. The Government particularly concurs with the recommended sentence of 46 months imprisonment because it is an appropriate sanction given the defendant has accumulated a total of 8 criminal history points and is a Criminal History Category IV. A sentence of 46 months is an appropriate sentence that would provide just punishment and hopefully deter

//

this defendant from ever returning to the United States. Based on the defendant's prior criminal history, it is apparent that a lesser sentence has not deterred him from returning.

**RESPECTFULLY SUBMITTED this 13th day of July, 2009.**

DIANE J. HUMETEWA
United States Attorney
District of Arizona

/s/ *Kimberly E. Hopkins*
Kimberly E. Hopkins
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 13th day of July, 2009, to:

Jennifer Maldonado, Esq.

Lisa Hage, U.S. Probation Officer