LAW OFFICES OF
VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
1938 EAST OSBORN ROAD
PHOENIX, ARIZONA 85016
TELEPHONE (602) 631-9100
FACSIMILE (602) 631 4529
E-MAIL DOCKETING@VCLMLAW.COM

Lance C. Venable (AZ Bar No 017074)
Joseph R. Meaney (AZ Bar No. 017371)
Attorneys for Plaintiff MDY Industries, LLC
and Third-Party Defendant Michael Donnelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **MDY INDUSTRIES, LLC,** | Case No.: CV06-02555-PHX-DGC |
| Plaintiff and Counterdefendant, | |
| vs. | **Notice of Appeal** |
| **BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,** | **The Honorable David G. Campbell** |
| Defendants and Counterclaimants, | |
| **BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,** | |
| Third-Party Plaintiffs, | |
| vs. | |
| **MICHAEL DONNELLY, an individual** | |
| Third-Party Defendant. | |

Notice is hereby given that MDY Industries LLC and Michael Donnelly (collectively "MDY"), plaintiff and third-party defendant respectively, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's March 10, 2009 Order whereby the District Court denied MDY's request to stay the Court's permanent injunction entered on January 28, 2009.

1

Respectfully submitted on March 30, 2009.

**Venable, Campillo, Logan & Meaney, P.C.**

By /s/Lance C. Venable
Lance C. Venable SBN 017074
Joseph R. Meaney SBN 017371
1938 East Osborn Road
Phoenix, Arizona 85016
Tel: 602-631-9100
Fax: 602-631-9796
E-Mail docketing@vclmlaw.com

*Attorneys for Plaintiff MDY Industries, LLC and Third-Party Defendant Donnelly*

# CERTIFICATE OF SERVICE

☒ I hereby certify that on March 30, 2009, I electronically transmitted the **Notice of Appeal and Civil Appeals Docketing Statement** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email Address |
| --- | --- |
| Christian Genetski, Esq. | cgenetski@sonnenschein.com |
| Scott Jeremy Stein, Esq. | sstein@sonnenschein.com<br>wanderson@sonnenschein.com |
| Shane McGee, Esq. | smcgee@sonnenschein.com |
|  |  |

☐ I hereby certify that on _____, I served the attached document by FIRST CLASS MAIL on the following, who are not registered participants of the CM/ECF System:

| Name | Physical or Email Address |
| --- | --- |
|  |  |

s/ Lance C. Venable

- 1 -