MDY Industries, LLC v. Blizzard Entertainment, Inc. et al                                                                Doc. 12

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

**OFFICE OF THE CLERK**

**USCA NUMBER: _____**
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**      **CLERK, U.S. COURT OF APPEALS**

**FROM:**      **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**      **NEW APPEALS DOCKETING INFORMATION**

<u>CASE INFORMATION</u>

| | |
|---|---|
| USDC Number: | **2:06−CV−02555−DGC** |
| USDC Judge: | **JUDGE DAVID G CAMPBELL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **MDY INDUSTRIES, LLC V. BLIZZARD ENTERTAINMENT, INC. ET AL** |
| Type: | **CIVIL** |
| Complaint | **10/25/2006** |
| Appealed Order Filed: | **3/10/09** |
| Appealed Judgment Filed: | |
| Notice of Appeal Filed: | **3/30/2009** |
| Court Reporter Information: | **Patricia Lyons 602−322−7257; Liz Lemke 602−322−7247** |
| Fee Information: | **Paid on 3/30/2009 in the amount of $455.00** |
| Appellant Attorney: | **Lance Venable; Joseph Meaney (Retained) docketing@vclmlaw.com** |
| Appellee Attorney: | **Christian Genetski; Scott Stein; Shane McGee; Shaun Klein; (Retained) cgenetski@sonnenscheins.com;sstein@sonn enschein.com; smcgee@sonnenschein.com; sklein@sonnenschein.com** |
| COA Status: | |

Dockets.Justia.com

Information prepared by: **REW , Deputy Clerk**