Case: 2:06cv2555

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
              DEPUTY

Jonathan Lee Riches 40948-018
FCI-Williamsburg
PO Box 340
Salters, SC 29590

#121/#124

----------------------------------------------

**TO:**





☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted-Not Known
☐ No Such Street ☐ Number
☐ Deceased ☐ Illegible
☐ No Such Office/Post Office
☐ No Mail Receptacle
☐ Returned For Better Address
☐ Postage Due

**RETURN TO SENDER**
☐ Unauthorized correspondence
☑ Wrong Inmate Name/Register Number
☐ Inmate no longer at this facility
☐ Package authorization not on file
☐ Not an authorized vendor for books/magazines

US DISTRICT
SANDRA DAY O'C
401 W.
PHOENIX, AZ 85003-2118
OFFICIAL BUSINESS

012H1620542
Hasler
$015.10
04/01/2009
Mailed From 85003
US POSTAGE

**RECEIVED**
APR 0 6 2009
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA