| AO 435 (Rev. 10/05) Read Instructions on Back: | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|

| 1. NAME<br>Christian Genetski | 2. PHONE NUMBER<br>(202) 408-6463 | 3. DATE<br>4/13/2009 |
|---|---|---|
| 4. FIRM NAME<br>Sonnenschein Nath & Rosenthal LLP | | |
| 5. MAILING ADDRESS<br>1301 K St., NW, Suite 600 East Tower | 6. CITY<br>Washington | 7. STATE<br>DC    8. ZIP CODE<br>20005 |
| 9. CASE NUMBER<br>2:06-cv-02555    10. JUDGE<br>Hon. David G Campbell | DATES OF PROCEEDINGS<br>11. 1/8/2009    12. 1/9/2009 | |
| 13. CASE NAME<br>MDY Industries, LLC v. Blizzard Entertainment, Inc. et al. | LOCATION OF PROCEEDINGS<br>14. Phoenix    15. STATE Arizona | |

16. ORDER FOR
- [✓] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
- [ ] NON-APPEAL   [✓] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [✓] TESTIMONY (Specify) | 1/8/2009 - 1/9/2009 |
| [✓] OPENING STATEMENT (Plaintiff) | 1/8/2009 | | |
| [✓] OPENING STATEMENT (Defendant) | 1/8/2009 | | |
| [✓] CLOSING ARGUMENT (Plaintiff) | 1/9/2009 | [ ] PRE-TRIAL PROCEEDING | |
| [✓] CLOSING ARGUMENT (Defendant) | 1/9/2009 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Summ. J. Mot. Hearing | 6/26/2008 |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 14 DAYS | [✓] | [ ] | | E-MAIL [✓] | |
| 7 DAYS | [ ] | [ ] | | DISK [ ] | |
| DAILY | [ ] | [ ] | | PDF FORMAT [✓] | |
| HOURLY | [ ] | [ ] | | ASCII FORMAT [✓] | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signed]

20. DATE 4/13/2009

E-MAIL ADDRESS: cgenetski@sonnenschein.com

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY   PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY