LAW OFFICES OF
VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
1938 EAST OSBORN ROAD
PHOENIX, ARIZONA 85016
TELEPHONE (602) 631-9100
FACSIMILE (602) 631 4529
E-MAIL DOCKETING@VCLMLAW.COM

Lance C. Venable (AZ Bar No 017074)
Joseph R. Meaney (AZ Bar No. 017371)
Attorneys for Plaintiff MDY Industries, LLC
and Third-Party Defendant Michael Donnelly

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **MDY INDUSTRIES, LLC,**<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>**BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,**<br><br>Defendants and Counterclaimants, | **Case No.: CV06-02555-PHX-DGC**<br><br>**Notice of Appeal**<br><br>**The Honorable David G. Campbell** |
| **BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,**<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>**MICHAEL DONNELLY, an individual**<br><br>Third-Party Defendant. | |

Notice is hereby given that MDY Industries LLC and Michael Donnelly (collectively "MDY"), plaintiff and third-party defendant respectively, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's final judgment entered by this Court on April 1, 2009.

Respectfully submitted on April 29, 2009.

| | |
|---|---|
| 1 | **Venable, Campillo, Logan & Meaney, P.C.** |
| 2 | |
| 3 | By  /s/Lance C. Venable |
| | Lance C. Venable SBN 017074 |
| 4 | Joseph R. Meaney SBN 017371 |
| | 1938 East Osborn Road |
| 5 | Phoenix, Arizona 85016 |
| | Tel: 602-631-9100 |
| 6 | Fax: 602-631-9796 |
| | E-Mail docketing@vclmlaw.com |
| 7 | *Attorneys for Plaintiff MDY* |
| 8 | *Industries, LLC and Third-Party Defendant Donnelly* |

# CIRCUIT RULE 3-2(b) CERTIFICATE

As required under Circuit Rule 3-2(b), the addresses and telephone numbers of the attorneys for the parties are as follows:

Lance C. Venable, Esq.
Joseph R. Meaney, Esq.
Venable, Campillo, Logan & Meaney, P.C.
1938 East Osborn Rd.
Phoenix, AZ 85016
(602) 631-9100

Counsel for Plaintiffs/Appellants
MDY Industries LLC and Michael Donnelly

Marc J. Zwillinger, Esq.
Christian S. Genetski, Esq.
Shane M. McGee, Esq.
Jacob A. Sommer, Esq.
Sonnenschein, Nath & Rosenthal LLP
1301 K. Street NW
Suite 600 East Tower
Washington, DC 2005
(202) 408-6399

Counsel for Defendants/Appellees Blizzard Entertainment, Inc., et al.

# CERTIFICATE OF SERVICE

☒ I hereby certify that on April 29, 2009, I electronically transmitted the **Notice of Appeal and Civil Appeals Docketing Statement** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email Address |
|---|---|
| Christian Genetski, Esq. | cgenetski@sonnenschein.com |
| Shane McGee, Esq. | smcgee@sonnenschein.com |

☐ I hereby certify that on _____, I served the attached document by FIRST CLASS MAIL on the following, who are not registered participants of the CM/ECF System:

| Name | Physical or Email Address |
|---|---|
|  |  |

s/ Lance C. Venable