# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

## OFFICE OF THE CLERK

**USCA NUMBER: _____**
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**      **CLERK, U.S. COURT OF APPEALS**

**FROM:**      **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**      **NEW APPEALS DOCKETING INFORMATION**

<u>CASE INFORMATION</u>

| | |
|---|---|
| USDC Number: | **2:06−CV−02555−DGC** |
| USDC Judge: | **JUDGE DAVID G CAMPBELL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **MDY INDUSTRIES, LLC V. BLIZZARD ENTERTAINMENT, INC. ET AL** |
| Type: | **CIVIL** |
| Complaint | **10/25/2006** |
| Appealed Order Filed: | **4/1/09** |
| Appealed Judgment Filed: | **4/1/09** |
| Notice of Appeal Filed: | **4/29/2009** |
| Court Reporter Information: | **Patricia Lyons: 602−322−7257; Elizabeth Lemke: 602−322−7247** |
| Fee Information: | **Paid on 4/29/2009 in the amount of $455.00** |
| Appellant Attorney: | **Joseph Richard Meaney; Lance Christopher Venable docketing@vclmlaw.com** |
| Appellee Attorney: | **Christian Stephen Genetski; Scott Jeremy Stein; Shane M.McGee; Shaun M. Klein cgenetski@sonnenschein.com; sstein@sonnenschein.com; smcgee@sonnenschein.com; sklein@sonnenschein.com** |
| COA Status: | |

Information prepared by: **SAT , Deputy Clerk**