FILED

UNITED STATES COURT OF APPEALS

MAY 12 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MDY INDUSTRIES, LLC, | No. 09-15649 |
| Plaintiff-counter-defendant - Appellant, | D.C. No. 2:06-cv-02555-DGC District of Arizona, Phoenix |
| v. | |
| BLIZZARD ENTERTAINMENT, INC.; et al., | ORDER |
| Defendants-third-party- plaintiffs - Appellees, | |
| v. | |
| MICHAEL DONNELLY, | |
| Third-party-defendant - Appellant. | |

The parties' motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs on appeal.

The assessment /settlement conference scheduled for May 12, 2009, is

canceled.

pws/Mediation

Dockets.Justia.com

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator