SONNENSCHEIN NATH & ROSENTHAL LLP
Shaun Klein (AZ Bar No. 018443)
2398 East Camelback Road,  Suite 1060
Phoenix, AZ  85016-9009
Facsimile (602) 508-3914
Telephone (602) 508-3900

Christian S. Genetski (*Pro Hac Vice*)
Shane M. McGee (*Pro Hac Vice*)
1301 K Street, NW, Suite 600 East
Washington, DC  20005
Facsimile (202) 408-6399
Telephone (202) 408-6400

Attorneys for Defendants Vivendi Games, Inc. and Blizzard Entertainment, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MDY INDUSTRIES, LLC, | **Case No.:**  CV06-02555-PHX-DGC |
| Plaintiff and Counter-Claim Defendant | **NOTICE OF CROSS-APPEAL** |
| vs. | |
| BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC. | |
| Defendants and Counter-Claim Plaintiffs. | The Honorable David G. Campbell |
| BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC. | |
| Third-Party Plaintiffs, | |
| vs. | |
| MICHAEL DONNELLY, | |
| Third-Party Defendant. | |

Notice is hereby given that Blizzard Entertainment, Inc. & Vivendi Games, Inc., defendants and counter-claim plaintiffs in the above named case, hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 1st day of April 2009.

Dated: May 12, 2009                          Respectfully submitted,

Shaun Klein
SONNENSCHEIN NATH &                    /s/ Christian S. Genetski
ROSENTHAL LLP                          Christian S. Genetski
2398 East Camelback Road, Ste 1060     Shane M. McGee
Phoenix, AZ  85106-9009                1301 K Street, NW, Ste 600E
Telephone:  (602) 508-3900             Washington, DC  20005
Facsimile:  (602) 508-3914             Facsimile (202) 408-6399
                                       Telephone (202) 408-6400

Attorneys for Defendants Blizzard Entertainment, Inc. and Vivendi Games, Inc.

1
2

# CIRCUIT RULE 3-2(b) CERTIFICATE

3
As required under Circuit Rule 3-2(b), the addresses and telephone numbers of the attorneys for the parties are as follows:

4
5
Lance C. Venable, Esq.
Joseph R. Meaney, Esq.

6
Venable, Campillo, Logan & Meaney, P.C.
1938 East Osborn Rd. Phoenix, AZ 85016

7
(602) 631-9100

8
Counsel for Plaintiffs/Appellants MDY Industries LLC and Michael Donnelly

9
10
Marc J. Zwillinger, Esq.
Christian S. Genetski, Esq.

11
Shane M. McGee, Esq.
Jacob A. Sommer, Esq. Sonnenschein, Nath & Rosenthal LLP

12
1301 K. Street NW Suite 600 East Tower Washington, DC 20005
(202) 408-6400

13
14
Counsel for Defendants/Appellees Blizzard Entertainment, Inc., et al.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email Address |
|---|---|
| Lance C. Venable | docketing@vclmlaw.com |
| Joseph Richard Meaney | docketing@vclmlaw.com<br>jmeaney@vclmlaw.com |
| Public Knowledge<br>Connie Jo Mableson | connie@azlawyers.com |

/s/  Christian S. Genetski