# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

## OFFICE OF THE CLERK

**USCA NUMBER:** _____

USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:** CLERK, U.S. COURT OF APPEALS

**FROM:** CLERK, U.S. DISTRICT COURT

**SUBJECT:** NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:06−CV−02555−DGC** |
| USDC Judge: | **JUDGE DAVID G CAMPBELL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **MDY INDUSTRIES, LLC V. BLIZZARD ENTERTAINMENT, INC. ET AL** |
| Type: | **CIVIL** |
| Complaint | **10/25/2006** |
| Appealed Order Filed: | **4/1/09** |
| Appealed Judgment Filed: | **4/1/09** |
| Notice of Appeal Filed: | **5/12/2009** |
| Court Reporter Information: | **Elizabeth Lemke 602−322−7247; Patricia Lyons 602−322−7257** |
| Fee Information: | **Paid on 5/12/2009 in the amount of $455.00** |
| Appellant Attorney: | **Christian Stephen Genetski, Samuel Bryant Davidoff, Scott Jeremy Stein, Shane M. McGee, Shaun M. Klein (ret) cgenetski@sonnenschein.com, sdavidoff@sonnenschein.com, sstein@sonnenschein.com, smcgee@sonnenschein.com, sklein@sonnenschein.com** |
| Appellee Attorney: | **Joseph Richard Meaney, Lance Christopher Venable (ret) docketing@vclmlaw.com, docketing@vclmlaw.com** |
| COA Status: | |

Information prepared by: **LAD , Deputy Clerk**