≋AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Joseph R. Meaney | 602 631 9100 | 6/19/2009 |

**4. FIRM NAME** Venable, Campillo, Logan & Meaney, P.C.

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 1938 East Osborn Road | Phoenix | AZ | 85016 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CV-06-2555-PHX-DGC | David Campbell | 11. 1/8/2009-1/9/2009 | 12. 6/26/2008 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE Arizona |

**16. ORDER FOR**

X APPEAL     CRIMINAL     CRIMINAL JUSTICE ACT     BANKRUPTCY
    NON-APPEAL     CIVIL     IN FORMA PAUPERIS     OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | X TESTIMONY (Specify) | All trial testimony |
| X OPENING STATEMENT (Plaintiff) | 1/8/2009 | | (Jan 8th and 9th, 2009) |
| X OPENING STATEMENT (Defendant) | 1/8/2009 | | |
| X CLOSING ARGUMENT (Plaintiff) | 1/9/2009 | PRE-TRIAL PROCEEDING | |
| X CLOSING ARGUMENT (Defendant) | 1/9/2009 | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | X OTHER (Specify) | 6/26/2008 (summary judgment hearing) |
| SENTENCING | | | |
| BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | | | | | |
| 14 DAYS | | X | | PAPER COPY | |
| 7 DAYS | | | | E-MAIL    X | |
| DAILY | | | | DISK | |
| HOURLY | | | | PDF FORMAT    X | |
| REALTIME | | | | ASCII FORMAT    X | |

E-MAIL ADDRESS: jmeaney@vclmlaw.com

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signature]

20. DATE 6/19/2009

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY