| | |
|---|---|
| AO 435 (Rev. 10/05)　Read Instructions on Back: | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** |

| 1. NAME Joseph R. Meaney | 2. PHONE NUMBER 602 631 9100 | 3. DATE 6/19/2009 |
|---|---|---|

**4. FIRM NAME** Venable, Campillo, Logan & Meaney, P.C.

| 5. MAILING ADDRESS 1938 East Osborn Road | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
|---|---|---|---|

| 9. CASE NUMBER CV-06-2555-PHX-DGC | 10. JUDGE David Campbell | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 1/8/2009-1/9/2009　　12. 6/26/2008 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. Phoenix　　15. STATE Arizona |

**16. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify | All trial testimony |
| [X] OPENING STATEMENT (Plaintiff) | 1/8/2009 | | (Jan 8th and 9th, 2009) |
| [X] OPENING STATEMENT (Defendant) | 1/8/2009 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 1/9/2009 | [ ] PRE-TRIAL PROCEEDING | |
| [X] CLOSING ARGUMENT (Defendant) | 1/9/2009 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | 6/26/2008 (summary judgment hearing) |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [X] | |
| 7 DAYS | [ ] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (check all that apply)
- PAPER COPY [ ]
- E-MAIL [X]
- DISK [ ]
- PDF FORMAT [X]
- ASCII FORMAT [X]

E-MAIL ADDRESS: jmeaney@vclmlaw.com

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signed]

20. DATE 6/19/2009

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

DISTRIBUTION:　COURT COPY　TRANSCRIPTION COPY　ORDER RECEIPT　ORDER COPY