# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

|  |  |  |
|---|---|---|
| MDY Industries, LLC, | ) | Court of Appeals |
|  | ) | Docket No. 09-15932 |
|  | ) |  |
| Plaintiff/Appellants, | ) | Docket Number(s) of Court of Appeals |
|  | ) | Companion and/or cross appeals (if known) |
| vs. | ) |  |
|  | ) | District Court |
| Blizzard Entertainment | ) | Docket No. CV 06-02555-PHX-DGC |
| Inc, et al., | ) |  |
| Defendant/Appellees, | ) |  |
| _____ | ) | Date Transcript Filed: 05/14/09, 05/21/09 |

## CERTIFICATE OF RECORD

This certificate is submitted in conformance with Circuit Rule 11-2 of the Local Rules of the U. S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U. S. District Court docket sheet and should be used for reference purposes in the briefs.

        Richard H. Weare
        District Court Executive/Clerk of Court
        District of Arizona, Phoenix Division

        By: s/Beth Stephenson
            Deputy Clerk
        Date: 06/25/09