LAW OFFICES OF
VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
1938 EAST OSBORN ROAD
PHOENIX, ARIZONA 85016
TELEPHONE (602) 631-9100
FACSIMILE (602) 631 4529
E-MAIL DOCKETING@VCLMLAW.COM

Lance C. Venable (AZ Bar No 017074)
Joseph R. Meaney (AZ Bar No. 017371)
Attorneys for Plaintiff MDY Industries, LLC
and Third-Party Defendant Michael Donnelly

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **MDY INDUSTRIES, LLC,**<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>**BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,**<br><br>Defendants and Counterclaimants, | Case No.: CV06-02555-PHX-DGC<br><br>**MDY Industries' and Michael Donnelly's Second Notice Regarding the Status of its Petition for En Banc Rehearing Before the Ninth Circuit**<br><br>**The Honorable David G. Campbell** |
| **BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,**<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>**MICHAEL DONNELLY, an individual**<br><br>Third-Party Defendant. | |

As requested in the Court's March 30 order, MDY Industries and Michael Donnelly (collectively "MDY") hereby notify the Court that on April 18, MDY filed an unopposed motion to withdraw its pending petition for en banc rehearing with the Ninth Circuit. Thus, with no pending matter before the Ninth Circuit, and based on the mandate issued by the Ninth Circuit, this Court now has jurisdiction over the remaining issues to be decided in this case.

1

Concurrent with this Notice, MDY is filing a motion to lift the injunction currently in place against MDY Industries' regarding its liability under 17 U.S.C. § 1201(a)(2).

MDY and Blizzard will submit their joint memorandum to propose a future course of action in this case within seven days as required by the March 30 order in preparation for a Rule 16 Status Conference that the Court will set at its earliest convenience.

Respectfully submitted on April 19, 2011,

**Venable, Campillo, Logan & Meaney, P.C.**

By /s/Lance C. Venable
Lance C. Venable SBN 017074
Joseph R. Meaney SBN 017371
1938 East Osborn Road
Phoenix, Arizona  85016
Tel: 602-631-9100
Fax: 602-631-9796
E-Mail docketing@vclmlaw.com

*Attorneys for Plaintiff MDY Industries, LLC and Third-Party Defendant Donnelly*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on April 19, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email Address |
|---|---|
| Christian Genetski, Esq. | christian@zwillgen.com |
|  |  |

☐ I hereby certify that on _____, I served the attached document by FIRST CLASS MAIL on the following, who are not registered participants of the CM/ECF System:

| Name | Physical or Email Address |
|---|---|
|  |  |
|  |  |

s/ Lance C. Venable

- 1 -