LAW OFFICES OF
VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
1938 EAST OSBORN ROAD
PHOENIX, ARIZONA 85016
TELEPHONE (602) 631-9100
FACSIMILE (602) 631 4529
E-MAIL DOCKETING@VCLMLAW.COM

Lance C. Venable (AZ Bar No 017074)
Joseph R. Meaney (AZ Bar No. 017371)
Attorneys for Plaintiff MDY Industries, LLC
and Third-Party Defendant Michael Donnelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **MDY INDUSTRIES, LLC,**<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>**BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,**<br><br>Defendants and Counterclaimants, | **Case No.: CV06-02555-PHX-DGC**<br><br>**Unopposed Motion to Request Oral Argument for MDY's Motion to Vacate the DMCA Section of the Permanent Injunction against MDY**<br><br>**The Honorable David G. Campbell** |
| **BLIZZARD ENTERTAINMENT, INC., and VIVENDI GAMES, INC.,**<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>**MICHAEL DONNELLY, an individual**<br><br>Third-Party Defendant. | |

MDY Industries and Michael Donnelly ("MDY") request oral argument for their recently-filed Motion to Vacate the DMCA Section of the Permanent Injunction against MDY. The request was inadvertently left out of the Motion. Blizzard's counsel has indicated that they do not object to the request.

1

Respectfully submitted on April 22, 2011,

**Venable, Campillo, Logan & Meaney, P.C.**

By   /s/Lance C. Venable
Lance C. Venable SBN 017074
Joseph R. Meaney SBN 017371
1938 East Osborn Road
Phoenix, Arizona  85016
Tel: 602-631-9100
Fax: 602-631-9796
E-Mail docketing@vclmlaw.com

*Attorneys for Plaintiff MDY Industries, LLC and Third-Party Defendant Donnelly*

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on April 22, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email Address |
|---|---|
| Christian Genetski, Esq. | christian@zwillgen.com |
|  |  |

☐  I hereby certify that on _____, I served the attached document by FIRST CLASS MAIL on the following, who are not registered participants of the CM/ECF System:

| Name | Physical or Email Address |
|---|---|
|  |  |

s/ Lance C. Venable

- 1 -