| | March, 2009 | April, 2009 | May, 2009 | June, 2009 |
|---|---|---|---|---|
| **Income** | | | | |
| Glider sales | $122,337.05 | $0.00 | $0.00 | $0.00 |
| Total income | $122,337.05 | $0.00 | $0.00 | $0.00 |
| | | | | |
| **Expense** | | | | |
| Salary/employee insurance | $27,204.40 | $27,972.80 | $27,622.80 | $28,204.70 |
| Legal/professional svcs | $10,000.00 | $1,980.00 | $4,599.00 | $0.00 |
| Hosting | $2,880.00 | $2,880.00 | $3,029.00 | $164.00 |
| Rent/Utility | $2,228.81 | $2,455.33 | $2,500.19 | $3,032.09 |
| Advertising | $526.16 | $359.89 | $0.00 | $0.00 |
| PC hardware/software | $3,157.00 | $0.00 | $230.95 | $0.00 |
| Incidentals | $2,371.00 | $2,285.67 | $2,000.04 | $1,492.67 |
| Total expense | $48,367.37 | $37,933.69 | $39,981.98 | $32,893.46 |
| Total | 73,969.68 | -37,933.69 | -39,871.98 | -32,893.46 |

\* March 2009 Glider sales revenue was collected prior to March 19 injunction and stay

| | July, 2009 | August, 2009 |
|---|---|---|
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $21,769.35 | $24,389.47 |
| | $0.00 | $0.00 |
| | $164.00 | $164.00 |
| | $2,567.29 | $160.26 |
| | $0.00 | $0.00 |
| | $174.00 | $63.87 |
| | $2,104.24 | $1,519.79 |
| | $26,778.88 | $26,297.39 |
| | -26,778.88 | -26,297.39 |

|  | September, 2009 | October, 2009 |
|---|---|---|
| **Income** | | |
| Glider sales | $0.00 | $0.00 |
| *Total income* | $0.00 | $0.00 |
| | | |
| **Expense** | | |
| Salary/employee insurance | $23,751.67 | $19,637.35 |
| Legal/professional svcs | $0.00 | $0.00 |
| Hosting | $164.00 | $164.00 |
| Rent/Utility | $0.00 | $0.00 |
| Advertising | $0.00 | $0.00 |
| PC hardware/software | $230.79 | $65.69 |
| Incidentals | $1,758.91 | $730.41 |
| *Total expense* | $25,905.37 | $20,597.45 |
| | | |
| **Total** | -25,905.37 | -20,597.45 |

| November, 2009 | December, 2009 | January, 2010 | February, 2010 |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| | | | |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $333.00 | $186.21 | $186.21 | $15.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 |
| $229.99 | $330.84 | $261.67 | $466.77 |
| $562.99 | $517.05 | $447.88 | $481.77 |
| -562.99 | -372.42 | -447.88 | -481.77 |

|  | March, 2010 | April, 2010 | May, 2010 |
|---|---:|---:|---:|
| **Income** | | | |
| Glider sales | 0.00 | 0.00 | 0.00 |
| *Total income* | 0.00 | 0.00 | 0.00 |
| | | | |
| **Expense** | | | |
| Salary/employee insurance | 0.00 | 0.00 | 0.00 |
| Legal/professional svcs | 0.00 | 0.00 | 0.00 |
| Hosting | 357.42 | 186.21 | 186.21 |
| Rent/Utility | 0.00 | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 | 0.00 |
| PC hardware/software | 134.28 | 0.00 | 299.06 |
| Incidentals | 273.49 | 467.20 | 303.50 |
| *Total expense* | 765.19 | 653.41 | 788.77 |
| | | | |
| **Total** | -765.19 | -653.41 | -788.77 |

| June, 2010 | July, 2010 | August, 2010 |
|---:|---:|---:|
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 186.21 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 |
| 403.39 | 0.00 | 0.00 |
| 683.44 | 1,280.53 | 195.89 |
| 1,273.04 | 1,280.53 | 195.89 |
| -1,273.04 | -1,280.53 | -195.89 |

|                           | September, 2010 | October, 2010 |
|---------------------------|----------------:|--------------:|
| **Income**                |                 |               |
| Glider sales              | 0.00            | 0.00          |
| *Total income*            | 0.00            | 0.00          |
|                           |                 |               |
| **Expense**               |                 |               |
| Salary/employee insurance | 0.00            | 0.00          |
| Legal/professional svcs   | 0.00            | 0.00          |
| Hosting                   | 490.58          | 0.00          |
| Rent/Utility              | 0.00            | 0.00          |
| Advertising               | 0.00            | 0.00          |
| PC hardware/software      | 43.71           | 38.24         |
| Incidentals               | 882.77          | 590.22        |
| *Total expense*           | 1,417.06        | 628.46        |
|                           |                 |               |
| **Total**                 | -1,417.06       | -628.46       |

| November, 2010 | December, 2010 | January, 2011 | Feburary, 2011 |
|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| 168.16 | 362.42 | 168.16 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| 687.36 | 175.59 | 153.81 | 0.00 |
| 29.99 | 272.41 | 663.24 | 330.00 |
| 885.51 | 810.42 | 985.21 | 330.00 |
| -885.51 | -810.42 | -985.21 | -330.00 |

|  | March, 2011 | April, 2011 |
|---|---|---|
| **Income** | | |
| Glider sales | 0.00 | 0.00 |
| *Total income* | 0.00 | 0.00 |
| | | |
| **Expense** | | |
| Salary/employee insurance | 0.00 | 0.00 |
| Legal/professional svcs | 0.00 | 0.00 |
| Hosting | 336.32 | 168.16 |
| Rent/Utility | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| PC hardware/software | 0.00 | 0.00 |
| Incidentals | 248.61 | 58.04 |
| *Total expense* | 584.93 | 226.20 |
| **Total** | -584.93 | -226.20 |