**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| MDY INDUSTRIES, LLC, ) <br> ) <br>    Plaintiff and Counter-Claim ) <br>    Defendant ) <br> ) <br> vs. ) <br> ) <br> BLIZZARD ENTERTAINMENT, INC., ) <br> and VIVENDI GAMES, INC. ) <br> ) <br>    Defendants and ) <br>    Counter-Claim Plaintiffs. ) <br> ———————————————— ) <br> BLIZZARD ENTERTAINMENT, INC., ) <br> and VIVENDI GAMES, INC. ) <br> ) <br>    Third-Party Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL DONNELLY, ) <br> ) <br>    Third-Party Defendant. ) | **Case No.:** CV06-02555-PHX-DGC <br><br> [Proposed] **ORDER GRANTING MOTION FOR RELEASE OF BOND** <br><br><br><br><br> The Honorable David G. Campbell |

Having considered Blizzard Entertainment, Inc.'s motion for release of the supersedeas bond, IT IS ORDERED THAT that the entire amount of the supersedeas bond be distributed to Blizzard Entertainment, Inc. in partial satisfaction of its judgment against MDY Industries, LLC for violations of the Digital Millennium Copyright Act.