**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| MDY INDUSTRIES, LLC, )<br>)<br>   Plaintiff and Counter-Claim )<br>   Defendant )<br>)<br>       vs. )<br>)<br>)<br>)<br>BLIZZARD ENTERTAINMENT, INC., )<br>and VIVENDI GAMES, INC. )<br>)<br>   Defendants and )<br>   Counter-Claim Plaintiffs. )<br>_____)<br>BLIZZARD ENTERTAINMENT, INC., )<br>and VIVENDI GAMES, INC. )<br>)<br>   Third-Party Plaintiffs, )<br>)<br>       vs. )<br>)<br>MICHAEL DONNELLY, )<br>)<br>   Third-Party Defendant. )<br>_____) | **Case No.:** CV06-2555-PHX-DGC<br><br><br><br><br>**FINAL JUDGMENT**<br>**ON CONSENT** |

**JUDGMENT**

This matter came before the Court on the presentation by Defendant and Counter-Claim Plaintiff Blizzard Entertainment, Inc. ("Blizzard") of a final judgment on consent granting

monetary relief in favor of Blizzard against Plaintiff and Counter-Claim Defendant MDY Industries, LLC ("MDY").

Based on MDY's consent, the Court enters judgment as follows:

1. The Court has jurisdiction over the subject matter at issue in this action.

2. The Court has personal jurisdiction over MDY for the purposes of entry and enforcement of this Final Judgment on Consent as to Blizzard's claims for tortious interference with contract and enforcement of the Settlement Agreement between the parties.

3. Judgment for monetary relief is awarded against MDY and in favor of Blizzard in the total amount of six million five hundred thousand dollars ($6,500,000.00).

4. The judgment shall be merged with the prior judgment entered against MDY on April 1, 2009 for violations of the DMCA.

5. Each party shall bear its own costs and attorneys' fees.

6. The Final Judgment on Consent may not be appealed by either party.

7. The Clerk is directed to terminate this action.

Dated this 14th day of September, 2011.

_____
David G. Campbell
United States District Judge