IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MDY Industries LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Blizzard Entertainment Incorporated,<br><br>    Defendant. | CV 06-2555-PHX-DGC<br><br>**MINUTE ORDER**<br>**for Retrieval of Exhibits** |

Pursuant to LRCiv 79.1(a), "All . . . exhibits offered by any party in civil or criminal proceedings, whether or not received as evidence, shall be retained after trial by the party or attorney offering the exhibits, ...."

Counsel for Plaintiff is now given **notice** to make arrangements with the courtroom deputy to retrieve and sign for return of the exhibits as soon as possible. Counsel are directed to contact the courtroom deputy at (602) 322-7225 or traci_abraham@uscourts.gov to make the appropriate arrangements.

Pursuant to Local Rule 79.1(c), if the exhibits are not retrieved within **THIRTY** (30) **DAYS** from the file date of this notice, the Clerk may destroy or otherwise dispose of the exhibits.

RICHARD H. WEARE
District Court Executive/Clerk

DATED: November 8, 2011

By   s/Traci Abraham
Traci Abraham
Courtroom Deputy for Judge Campbell